**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**-vs-**                                         Case No. 6:09-cv-1971-Orl-31DAB

**REAL PROPERTY, INCLUDING ANY BUILDINGS, APPURTENANCES, AND IMPROVEMENTS THEREON, LOCATED AT 1482 HOWARD MOORE ROAD, HOT SPRINGS, NORTH CAROLINA,**

        **Defendant.**
_____

# ORDER

This cause comes before the Court on Motion for Default Judgment as to Judith Williams and Tara N. Williams (Doc. No. 11) filed March 30, 2010.

On May 13, 2010, the United States Magistrate Judge issued a report (Doc. No. 13) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment as to Judith Williams and Tara N. Williams is GRANTED. Judgment will be entered separately.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 3rd day of June, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

                                              GREGORY A. PRESNELL
                                      UNITED STATES DISTRICT JUDGE